UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLGA HERNANDEZ,

                    Plaintiffs,                         26-cv-5047 (JGK)

          - against -                                   Order

COSTCO WHOLESALE
CORPORATION,

                    Defendant.

---

John G. Koeltl, District Judge:

    The parties are directed to submit a Rule 26(f) report by **July 8, 2026.**

SO ORDERED.

Dated:     New York, New York
           June 24, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge