CONNELL FOLEY

A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
UNITED STATES OF AMERICA
P 212.307.3700 F 212.542.3790

**Michael Crowley**
Partner
Direct Dial 212.307.3702
mcrowley@connellfoley.com

September 11, 2026

The parties should set an adjourned date for the mediation

APPLICATION GRANTED
SO ORDERED

9/14/26 John G. Koeltl
John G. Koeltl, U.S.D.J.

**VIA EMAIL AND MAIL**
The Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 14A
New York, NY 10007

**Re: Hernandez v. Costco Wholesale Corporation**
Docket No.: 1:26-cv-05047-JGK

Dear Judge Koeltl:

We represent the defendant, Costco Wholesale Corporation ("Costco"), with regard the above-referenced matter. We write this letter with the consent of Plaintiff to seek an adjournment of the Mediation Conference scheduled for September 15, 2026.

The parties agree that in some cases an early settlement conference is helpful and can avoid unnecessary time and expense. However, in this case, defense counsel believes that the case is not ready for any productive settlement talks, and does not wish to waste the Court's and mediator Alfreida Kenny's time with premature mediation. More discovery is required in this case to flesh out issues impacting both liability and damages before any discussion regarding settlement will be productive.

The Plaintiff has made a significant settlement demand based upon the nature of her injuries and medical treatment received after the subject incident. Costco is not in a position to evaluate and discuss a claim of this type of value without depositions, the retention of a medical expert to review relevant records, and most likely a medical examination of the Plaintiff. This discovery is necessary in order for us to obtain settlement authority from Costco to have meaningful discussions with the mediator.

Defense counsel respectfully requests, with the consent of plaintiff's counsel, that the scheduled mediation conference be adjourned pending the completion of additional discovery, including party depositions.

Your Honor's consideration of this request is appreciated.

Respectfully Submitted,

CONNELL FOLEY LLP

MICHAEL J. CROWLEY